UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:14-cr-40-T-17EAJ

COURTNEY GARNER

### PRELIMINARY ORDER OF FORFEITURE

The United States moves for a preliminary order of forfeiture for the following assets, pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), Federal Rules of Criminal Procedure:

a. a Ruger, model LCR, .38 caliber revolver, Serial Number 540-56587; and

b. four rounds of Remington .38 caliber ammunition.

Being fully advised in the premises, the Court finds as follows:

The defendant pleaded guilty to Count One and has been adjudged guilty of being a convicted felon in possession of the firearm and ammunition described above, in violation of 18 U.S.C. §§ 922(g)(1) and 924(e)(1).

Thus, the United States has established the requisite nexus between the defendant's crime of conviction and the property identified above. The government is now entitled to possession of the firearm and ammunition, pursuant to the provisions of 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2).

Accordingly, it is **ORDERED** that the motion of the United States is GRANTED. Pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and

Federal Rule of Criminal Procedure 32.2(b)(2), the firearm and ammunition identified above are FORFEITED to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853, as incorporated by 28 U.S.C. § 2461(c).

The Court retains jurisdiction to enter any order necessary for the forfeiture and disposition of these assets and to address any third party interests that may be asserted.

ORDERED in Tampa, Florida, on ~~October~~ November 13, 2014.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Counsel/Parties of Record

2